

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2020

No. 04-19-00796-CV

Jane G. **GARCIA,**
Appellant

v.

Daniel Muniz **GARCIA,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLB001496-C3
Honorable Victor Villarreal, Judge Presiding

## O R D E R

Appellant's brief was filed on March 10, 2020. Appellee's brief was thus due April 9, 2020. No appellee's brief was filed. Therefore, on April 23, 2020, this court issued an order, stating that this appeal would be set "at issue" if an appellee's brief was not filed in ten days. However, before this appeal was set "at issue," this court issued an en banc order extending time to file briefs in all cases due to a network outage and temporary lack of access to the court's case management system. Thus, pursuant to that en banc order, appellee's brief was due June 30, 2020. However, no appellee's brief has been filed.

This appeal will be set "at issue" in ten days. If appellee's brief and written response stating a reasonable explanation for failing to file the brief is not filed within ten days, this appeal will be set for submission without an appellee's brief.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court